**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
           sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE SHABAZ, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware Corporation; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive;<br><br>　　　　Defendants. | Case No.: 2:23-cv-01050-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 16 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, NICOLE SHABAZ and WALMART, INC, by and through their respective counsels of record, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

///

///

Each party is to bear its, his, or her own attorneys' fees and costs.

-1-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated this  14  Day of November 2024.

**BENSON ALLRED INJURY LAW**

By: _____
Joshua Benson, Esq., NV Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

Dated this ___ Day of November 2024.

**BURGER, MEYER & D'ANGELO, LLP**

By: _____
Tabetha Martinez, NV Bar No. 14237
Susan Gillespie, NV Bar No. 15227
400 South 4th St., Suite 500
Las Vegas, Nevada 89101
*Attorneys for Defendant Walmart, Inc.*

### ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
November 15, 2024

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

Tabetha A. Martinez
Susan E. Gillespie, Esq.
Attorneys for Defendant
WALMART, INC.